856 A.2d 28

IN THE MATTER OF BERNARD J. MCBRIDE, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 012861990).

September 10, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–033, concluding that **BERNARD J. McBRIDE, JR.**, of **NORTHFIELD,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.4(a)(failure to communicate with client), *RPC* 1.4(b)(failure to explain matter to extent necessary to permit client to make informed decisions), and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **BERNARD J. McBRIDE, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.